JOSHUA D. HURWIT, IDAHO STATE BAR NO. 9527
UNITED STATES ATTORNEY
DISTRICT OF IDAHO
1290 W. MYRTLE ST., SUITE 500
BOISE, IDAHO 83702
TELEPHONE: (208) 334-1211
FACSIMILE: (208) 334-1413

COREY R. AMUNDSON
CHIEF, PUBLIC INTEGRITY SECTION
ROSALEEN T. O'GARA, ARIZONA STATE BAR NO. 029512
NICOLE R. LOCKHART, TEXAS STATE BAR NO. 24089271
TRIAL ATTORNEYS
CRIMINAL DIVISION, U.S. DEPARTMENT OF JUSTICE
1301 NEW YORK AVENUE, N.W.
WASHINGTON, D.C. 20530
TELEPHONE: (202) 514-1412

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>NICHOLAS JONES,<br><br>        Defendant. | Case No. 1:22-cr-00104-DCN<br><br>**UNOPPOSED MOTION TO CONTINUE SENTENCING** |

The United States of America, by and through Joshua D. Hurwit, United States Attorney for the District of Idaho, and Rosaleen T. O'Gara and Nicole R. Lockhart, Trial Attorneys for the Public Integrity Section of the Criminal Division of the United States Department of Justice, hereby move this Court, pursuant to Federal Rule of Criminal Procedure 32(b), to continue the

UNOPPOSED MOTION TO CONTINUE SENTENCING - 1

sentencing in this case, currently scheduled for September 27, 2022, until at least October 19, 2022. This is the Government's first request for a continuance of the sentencing.

This joint motion is based upon the following grounds:

1. The sentencing in this case is currently scheduled for 10:00 a.m. on September 27, 2022.

2. Counsel for the Government has conflicts with this setting, including that the United States Attorney is scheduled to be out of town on business.

3. On September 2, 2022, counsel for the Government contacted counsel for the Defendant, who responded that the Defendant had no objection to the Government's continuance request.

4. On September 2, 2022, counsel for the Government also contacted the Court's staff, who indicated that October 19, 2022 would be the earliest available date for resetting the sentencing.

5. Accordingly, the parties respectfully request the Court to continue the sentencing in this matter until October 19, 2022 or thereafter at the Court's convenience.

//
//
//
//
//
//
//
//

**UNOPPOSED MOTION TO CONTINUE SENTENCING - 2**

Respectfully submitted this 6th day of September, 2022.

/s/ *Joshua D. Hurwit*
JOSHUA D. HURWIT
United States Attorney

COREY R. AMUNDSON
CHIEF, PUBLIC INTEGRITY SECTION

By:

/s/ *Rosaleen T. O'Gara*
ROSALEEN T. O'GARA
NICOLE R. LOCKHART
Trial Attorneys

**UNOPPOSED MOTION TO CONTINUE SENTENCING - 3**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 6, 2022, the foregoing **MOTION TO CONTINUE SENTENCING** was electronically filed with the Clerk of the Court using the CM/ECF system, and that a copy was served on the following parties or counsel by:

| | |
|---|---|
| Mike French<br>Bartlett & French PLLP<br>1002 W. Franklin Street<br>Boise, ID 83702<br>mike@bartlettfrench.com | ☐ United States Mail, postage prepaid<br>☐ Fax<br>☒ ECF filing<br>☐ Email |

          */s/ Brandi Fifer*
          Legal Assistant

**UNOPPOSED MOTION TO CONTINUE SENTENCING - 4**